**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN A. CONNER DPM, P.C.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-1642 |
| | : | |
| **OPTUM360, LLC** | : | |

## O R D E R

**AND NOW,** this 12th day of December, 2017, upon review of the parties' submissions regarding Defendant's objections to Plaintiff's discovery requests, it is hereby **ORDERED** that the objections are **SUSTAINED**.

Plaintiff shall serve Defendant with new written interrogatories and requests for production of documents that are limited to Exhibit A attached to Plaintiff's Complaint.

                                  **BY THE COURT:**


                                **/s/ Jeffrey L. Schmehl**
                                **JEFFREY L. SCHMEHL, J.**