IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN A. CONNER, DPM, P.C., | ) ) ) | Civil Action No. 2:17-cv-1642 |
| Plaintiff, | ) ) | |
| v. | ) ) | Magistrate Judge Rice |
| OPTUM360, LLC, | ) ) | |
| Defendant. | ) ) ) | |

### AGREED MOTION FOR PRELIMINARY APPROVAL OF <u>CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS</u>

Plaintiff, Steven A. Conner, DPM, P.C. ("Plaintiff"), on behalf of itself and a proposed settlement class of similarly-situated persons (identified herein as the "Settlement Class"), respectfully request, pursuant to Fed. R. Civ. P. 23 (e), that the Court enter an order (1) preliminarily approving the parties' proposed class action Settlement Agreement (the "Agreement") attached to Plaintiffs' supporting brief as <u>Exhibit A</u>, (2) approving the form of Class Notice attached as Exhibit D to the Agreement and its dissemination to the Settlement Class by mail and by electronic mail, and (3) setting dates for opt-outs, objections, and a fairness hearing.

Dated: June 7, 2019

Respectfully submitted,

Steven A. Conner, DPM, P.C., individually and as the representative of a class of similarly-situated persons

By: /s/ David M. Oppenheim
One of its attorneys

Phillip A. Bock (admitted *pro hac vice*)
David M. Oppenheim (admitted *pro hac vice*)
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312) 658-5500
(312) 658-5555 (fax)

Richard E. Shenkan (PA 79800)
Shenkan Injury Lawyers, LLC
P.O. Box 7255
New Castle, PA 16107
(248) 562-1320
(888) 769-1774 (fax)
rshenkan@shenkanlaw.com

*Attorneys for Plaintiff-Appellant*

CERTIFICATE OF E-FILING AND SERVICE

I hereby certify that on June 7, 2019, I electronically filed the foregoing using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ David M. Oppenheim