IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN A. CONNER, DPM, P.C., ) | |
| ) | Civil Action No. 2:17-cv-1642 |
| Plaintiff, ) | |
| v. ) | |
| OPTUM360, LLC, ) | |
| Defendant. ) | |

**FILED**
NOV 25 2019
By KATE BARKMAN, Clerk
_____ Dep. Clerk

**JUDGMENT**

The Court having issued its Final Settlement Approval Order and having overruled all objections to the same, Final Judgment is hereby entered as follows:

> The parties and their counsel shall implement the Settlement Agreement, and each member of the Class (other than those who timely excluded themselves) is otherwise hereby permanently barred and enjoined from filing, commencing, prosecuting, maintaining, intervening in, participating in (as a class member or otherwise), or receiving any other relief from, any Released Claim.
>
> This judgment is therefore the final judgment of the court, *Effective 2.25.2020.*

IT IS SO ORDERED.

Dated: _1/.25-19_     _____
HON. TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE